UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NORTHEAST
CARPENTERS HEALTH, PENSION, ANNUITY,
APPRENTICESHIP, and LABOR
MANAGEMENT COOPERATION FUNDS,

                 Petitioners,

    -against-

DAME CONTRACTING, INC.,

                 Respondent.
-------------------------------------------------------------X

For Online Publication Only

**FILED**
**CLERK**
12/22/2017 2:27 pm
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**ORDER**
17-CV-5219 (JMA) (AYS)

**AZRACK, United States District Judge:**

    Before the Court is the unopposed motion of petitioners Trustees of the Northeast Carpenters Health, Pension, Annuity, Apprenticeship, and Labor Management Cooperation Funds to confirm a "Collection Award and Order" issued against respondent Dame Contracting, Inc., on April 28, 2017 (the "Arbitration Award"). (Petition, Ex. I, ECF No. 1.) The Arbitration Award directs respondent to: pay petitioner the sum of $20,598.28, consisting of:

- a principal deficiency of $13,568.96;
- interest of $2,665.53;
- liquidated damages of $2,713.79;
- attorneys' fees of $900; and
- the arbitrator's fee of $750 pursuant to the Collective Bargaining Agreement.

    The Arbitration Award also directs respondent to (1) submit timely contributions to petitioners going forward; (2) cease and desist from any action which violates the collective bargaining agreement or and/or trust agreements; and (3) to pay for all court costs incurred to

1

enforce the Arbitration Award.  (Id. at 4-5.)

On September 8, 2017, petitioners served a copy of the petition and its supporting memorandum of law on respondent via the New York Department of State's Division of Corporations, Records and Uniform Commercial Code.  (Aff. of Service., ECF. No. 8.) Respondent has not responded to the petition.

Petitioners now ask the Court to: (1) confirm the Arbitration Award; (2) award petitioners $20,598.28 pursuant to the Arbitration Award; and (3) award petitioners $652.50 in attorneys' fees and costs.  (Pet. at 7.)  Because respondent has not answered the petition, the Court treats the petition as an unopposed motion for summary judgment.  See D.H. Blair & Co. v. Gottdiener, 462 F.3d 95, 109–10 (2d Cir. 2006).

After reviewing the petition, and its supporting documents, the Court grants petitioners summary judgment and confirms the Arbitration Award in the amount of $20,598.28.  Further, the Court awards petitioners attorneys' fees and costs totaling $652.50.  The Clerk of the Court shall enter judgment in favor of petitioners consistent with this order and close this case.

**SO ORDERED.**

Date:   December 22, 2017
        Central Islip, New York

                                                        /s/(JMA)
                                                    Joan M. Azrack
                                                    United States District Judge